■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW ERVING, Appellant. [998 NYS2d 191]—

Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about January 14, 2011, which adjudicated defendant a level three sexually violent predicate offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly applied the presumptive override for a prior felony sex crime conviction, and defendant's completion of a sex offender treatment program while in prison and his relatively minor disciplinary history while incarcerated did not warrant a downward departure. In addition to the underlying sex crime conviction, defendant had two prior felony sex convictions, and all three cases involved similar violent behavior, demonstrating a serious threat of recidivism (*see e.g. People v Torres*, 90 AD3d 442 [1st Dept 2011], *lv denied* 18 NY3d 809 [2012]). Concur—Tom, J.P., Friedman, Acosta, Saxe and Kapnick, JJ.